Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch St., Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
JAMES RUTHERFORD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WINFUND INVESTMENT LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-01501-RGK-KK<br><br>Hon. R. Gary Klausner<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES**<br><br>Complaint Filed: July 28, 2020<br><br>Trial Date: None Set |

1     The Plaintiff hereby notifies the Court that a global settlement has been
2 reached in the above-captioned case and the Parties would like to avoid any
3 additional expense, and to further the interests of judicial economy.
4     The plaintiff, therefore, applies to this Honorable Court to vacate all currently
5 set dates with the expectation that the Voluntary Dismissal with prejudice, as to all
6 parties, will be filed within 45 days.

9 Dated: September 18, 2020                      **MANNING LAW, APC**

                                            By:   */s/ Joseph R. Manning, Jr. Esq.*
                                                 Joseph R. Manning, Jr., Esq.
                                                 Attorneys for Plaintiff
                                                 James Rutherford